**E-Filed: 03.31.10**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANH MINH DANG,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>G J GIURBINO, Warden,<br><br>　　　　Respondent. | ) CASE NO. CV 03-08985 MMM (JWJx)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　For the reasons stated in the Order Adopting in Part and Revising in Part the Report and Recommendation of United States Magistrate Judge Jeffrey W. Johnson dated March 31, 2010,

　　IT IS ORDERED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: March 31, 2010

　　　　　　　　　　　　　　　　　　　　_Margaret M. Morrow_
　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE